```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JULIAN GREEN,                    )
                                 )
        Petitioner,              )
                                 )    CIVIL ACTION NO.
     v.                          )    18-12298-DPW
                                 )
SUPERINTENDENT STEVEN            )
KENNEWAY,                        )
                                 )
        Respondent.              )
```

**ORDER**
November 6, 2018

Petitioner Julian Green, a state prisoner in custody at MCI Shirley (Medium), brings the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. With his petition, he filed a motion for appointment of counsel, an application to proceed in district court without prepaying fees or costs and a copy of his prison account statement.

In addition to filing "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution," Rule 3(a)(2) of the Rules Governing Section 2254 Cases, a habeas petitioner seeking leave to proceed *in forma pauperis* must include "an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).

Here, the petition and motions were filed and signed by Green's appellate counsel. While counsel has submitted a copy of Green's prison account statement, Green has not submitted an affidavit as required by Section 1915(a)(1).

Accordingly,

(1) the petitioner's motion [#4] for leave to proceed *in forma pauperis* is denied without prejudice. Petitioner shall, within 21 days of the date of this Order, either (1) pay the $5.00 filing fee; or (2) file an application to proceed in district court without prepaying fees or costs containing petitioner's signature; and

(2) the petitioner's motion [#2] for appointment of counsel is denied without prejudice to renewal after the respondent has responded to the petition.

SO ORDERED.

                                          /s/ Douglas P. Woodlock
                                          DOUGLAS P. WOODLOCK
                                          UNITED STATES DISTRICT JUDGE